**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| DARRELL BOOKER,<br>Institutional ID No. 2143709<br>SID No. 3432284 | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:18-CV-00208-BQ |
| CHARLES MCDUFFIE, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's request for a temporary restraining order in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's request for a temporary restraining order is DENIED without prejudice to his right to request injunctive relief in the appropriate court, if circumstances change.

SO ORDERED.

This case will remain on the docket of United States Magistrate Judge D. Gordon Bryant, Jr., as described in the Order entered December 7, 2018 (Doc. 18).

Dated August 20, 2019.

SAM R. CUMMINGS
Senior United States District Judge